UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT MOCO,                                                      :
                                                                  :
                Petitioner,    :
                                                                  :
       - against -                                            :      ORDER

EARL BELL in his capacity as SUPERINTENDENT
of CLINTON CORRECTIONAL FACILITY,                                 :      20-CV-11132 (ER)(KNF)

                Respndent.     :

------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The respondent has answered the petition; see Docket Entry No. 13. The petitioner may file any reply on or before May 28, 2021. **The Clerk of Court is directed to mail a copy of this order to the petitioner.**

Dated:  New York, New York         SO ORDERED:
         May 3, 2021

                                                                           _Kevin Nathaniel Fox_
                                                                  KEVIN NATHANIEL FOX
                                                                  UNITED STATES MAGISTRATE JUDGE