```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT MOCO,                                       :

                         Petitioner,               :         ORDER

          -against-                                :
                                                             20-CV-11132 (ER)(KNF)
EARL BELL, SUPERINTENDENT OF CLINTON               :
CORRECTIONAL FACILITY,
                                                   :
                         Respondent.
------------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The petitioner's request that the time for him to file a reply be enlarged to July 28, 2021, is granted. This Order resolves Docket Entry No. 18.

**The Clerk of Court is directed to mail a copy of this Order to the petitioner.**

Dated:  New York, New York          SO ORDERED:
        July 1, 2021

                                    _____
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE