UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT MOCO,                                        :

                    Petitioner,           :        ORDER

     -against-                                  :
                                                 20-CV-11132 (ER)(KNF)
EARL BELL, SUPERINTENDENT OF CLINTON    :
CORRECTIONAL FACILITY,
                                                    :
                    Respondent.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The petitioner made a motion, <u>inter alia</u>, for a stay and abeyance of his petition so that he may return to the state court to exhaust unexhausted claims. The docket sheet maintained by the Clerk of Court for this action does not reflect the response to the motion by the respondent. On or before August 13, 2021, the respondent shall serve and file his response to the motion. Any reply by the petitioner may filed on or before August 27, 2021. **The Clerk of Court is directed to mail a copy of this order to the petitioner**.

Dated:  New York, New York            SO ORDERED:
          July 30, 2021

                                                    KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE