UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT ANTONIO MOCO,

                              Plaintiff,                   **ORDER**

        -against-                          20-CV-11132 (ER) (JW)

EARL BELL, in his capacity as Superintendent of
Clinton Correctional Facility,

                             Respondent.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      Respondent shall serve and file his response to Petitioner's letter at docket number 34 by **December 5, 2022**.


Dated:  November 28, 2022
           New York, New York

                                                            _____
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge