**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
ROBERT ANTONIO MOCO,

                    Plaintiff,                    **ORDER**

      -against-                 **20-CV-11132 (ER) (JW)**

EARL BELL, in his capacity as
superintendent of Clinton Correctional
Facility,

                    Defendant.
--------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Respondent's status letter informing the Court that the First Department denied Petitioner's motion for reargument.  Dkt. No. 73.  The Court now lifts the stay.  Accordingly, Respondent is now permitted to respond to the ineffective trial counsel claim in the amended petition.  The response is due **January 30, 2026**.  Petitioner's reply is due **February 27, 2026**.

**The Clerk of Court is directed to mail a copy of this Order to the petitioner.**

      SO ORDERED.

DATED:    New York, New York
           December 10, 2025

                                _Jennifer E. Willis_
                                JENNIFER E. WILLIS
                           United States Magistrate Judge