**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT ANTONIO MOCO,

                              Plaintiff,                    **ORDER**

               -against-                          **20-CV-11132 (ER) (JW)**

EARL BELL, in his capacity as
superintendent of Clinton Correctional
Facility,

                              Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of Petitioner's letter requesting an extension.  The

request is **GRANTED.**   Petitioner's brief is due **April 27, 2026**, Respondent's

opposition is due **May 29, 2026**, and Petitioner's reply is due **June 30, 2026**.

**The Clerk of Court is directed to mail a copy of this Order to the petitioner.**

**The Clerk of Court is respectfully requested to close Dkt. No. 76.**

       SO ORDERED.

DATED:     New York, New York
            January 15, 2026

                                          _Jennifer E. Willis_
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge