**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ROBERT ANTONIO MOCO,

<table>
<tr><td>Plaintiff,</td><td><strong><u>ORDER</u></strong></td></tr>
<tr><td>-against-</td><td><strong>20-CV-11132 (ER) (JW)</strong></td></tr>
</table>

EARL BELL, in his capacity as
superintendent of Clinton Correctional
Facility,

                          Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Petitioner's request for an extension to file the opening brief. The request is GRANTED. Petitioner's opening brief is due **July 27, 2026**. Respondent's Opposition is due **August 28, 2026**. Any reply brief is due **September 28, 2026.**

**The Clerk of Court is respectfully requested to close Dkt. No. 78 and directed to mail a copy of this Order to the petitioner.**

SO ORDERED.

DATED:    New York, New York
           April 14, 2026

                                  *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                              United States Magistrate Judge