

The extension request is GRANTED.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
May 21, 2026

RECEIVED
APR 15 2026
PRO SE OFFICE

Robert Moco, Pro Se
robertmoco6@gmail.com
Robert Moco .
Zyra Postare Livadhija
FINIQ
Bashkia Sarande
Kod Postar 9721.
ALBANIA

TO THE CLERKS COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK, 10007

| Robert Moco | |
|---|---|
| **Petitioner** | : Habeas Corpus |
| | : Case No. 20 cv 11132 (ER)(KNF) |
| | : Ind # 4097/2014 |
| **v** | : Date March 25 ,2026 |
| EARL BELL, in his capacity as | : |
| Superintendent Clinton Correctional Facility | |
| **Respondent** | : |

# MOTION FOR EXTENTION OF TIME WITHIN WHICH TO FILE
## OPENING BRIEF OF THE RESPON

Robert Moco
   Petitioner   :

   V        :

EARL BELL, in his capacity as   :
Superintendent Clinton Correctional  :
Facility

   Respondent

: Habeas Corpus
:  Case No. 20 cv 11132 (ER)(KNF)
:  Ind # 4097/2014
:  Date March $25$ ,2026

## MOTION FOR EXTENSION OF TIME WITHIN WHICH

## TO FILE OPENING BRIEF

Pursuant to this Court's Order Dkt. No.76 of January 15th 2026, this Petitioner

Robert Moco Opening Brief is due to be filed on April 27th, 2026. This Petitioner

Robert Moco hereby requests this Court for an Order extending the time within

which this Petitioner' Robert Moco Opening Brief is due to be filed. This

Petitioner' Robert Moco requests a Ninety (90) day extension, so that the Opening

Brief will be due on July 27th, 2026. The reasons for requesting this extension of

time are set forth in my attached declaration.

Executive and signed dated March $25$ , 2026.

Robert Moco.
Zyra Postare Livadhija
FINIQ
Bashkia Sarande
Kod Postar 9721.
ALBANIA

## DECLARATION OF RESPONDENT

I, Robert Moco, hereby makes the following statements:

1.    I am the above Petitioner, Robert Moco, in this matter. The Opening Brief is due on April 27th, 2026.

2.    This Petitioner Robert Moco seeks a Ninety (90) day extension of time for filing the Opening Brief. This extension of time is necessary because I, did not receive the decision on the motion leave to appeal to this day pursuant to section 460.20 of the Criminal Procedure Law of the state of New York. From the assigned Judge Anthony Cannataro Judge of the Court of Appeals Court of Appeals Hall 20 Eagle Street Albany, NY 12207 / 1095, and I am in the process of wetting the decision from the assigned Judge to dicaeid, therefore I will not be able to prepare and submit the Habeas Corpus exhaust the ineffective assistance brief by April 27, 2026.

3.    I affirm, under penalty of perjury, that all of the foregoing statements are true and correct under 28 U.S.C § 1746.
Executive and signed Dated March 25 , 2026.

Robert Moco, Pro Se
Robert Moco .
Zyra Postare Livadhija
FINIQ
Bashkia Sarande
Kod Postar 9721.
ALBANIA

## CERTIFICATE OF SERVICE

I, Robert Moco, hereby certify that I served a **Motion for Extension of Time** on

the following persons by first class mail, postage pre-paid at the Zyra Postare

Bashkia Sarande Albania Postal Service to the address below:

## ORIGINAL

TO THE CLERKS COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK, 10007

## Copy
Michelle Maerov
ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK, NEW YORK 10005

Executive and signed Dated March 25 , 2026.
County of Sarand State of Albania

Robert Moco, Pro Se
Robert Moco .
Zyra Postare Livadhija
FINIQ
Bashkia Sarande
Kod Postar 9721.
ALBANIA