**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ROBERT ANTONIO MOCO,

Petitioner,

-against-

EARL BELL, in his capacity as superintendent of Clinton Correctional Facility,

Respondent.

--------------------------------------------------------------X

**ORDER**

**20-CV-11132 (ER) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Respondent's Opposition to the Petition for a Writ of Habeas Corpus. Dkt. No. 85. Petitioner was to file his opening brief by **July 27, 2026**. Dkt. Nos. 80; 84. He did not. There has been no filing or communication from Petitioner since his request for an extension was granted. Respondent timely filed their Opposition by August 28, 2026. Rather than consider the habeas petition abandoned, the Court will consider any filing Petitioner makes in reply to Respondent and will allow Petitioner up to 32 pages (handwritten or double-spaced, if typed) to make his arguments. This reply remains due **September 28, 2026. The Clerk of Court is respectfully requested to mail a copy of this Order to the Petitioner.**

SO ORDERED.

DATED: New York, New York
August 28, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge